UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| ANGELINA CERVANTEZ,<br><br>        Plaintiff,<br><br>  v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>        Defendant. | Case No. EDCV 17-2307-PA (AS)<br><br>**JUDGMENT** |

    IT IS ADJUDGED that this action is DISMISSED with prejudice.

DATED: November 21, 2018

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE